**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| **WILLIAM L. BELL, JR.,** | **ELECTRONICALLY FILED** |
| **Plaintiff,** | **Case No. 2:17-cv-01153-JFC** |
| **v.** | |
| **BOEHRINGER INGELHEIM** | **JURY TRIAL DEMANDED** |
| **PHARMACEUTICALS, INC.;** | |
| **BOEHRINGER INGELHEIM PHARMA** | |
| **GMBH & CO. KG;** | |
| **BOEHRINGER INGELHEIM** | |
| **INTERNATIONAL GMBH; and** | |
| **ELI LILLY & COMPANY,** | |
| **Defendants.** | |

---

**DEFENDANTS BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. AND
ELI LILLY AND COMPANY'S MOTION TO DISMISS PLAINTIFF'S
FIRST AMENDED COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 8(a), 9(b), and 12(b)(6), Defendants

Boehringer Ingelheim Pharmaceuticals, Inc. ("BIPI") and Eli Lilly and Company ("Lilly")

(together, "Defendants")[1] submit this Motion to Dismiss Plaintiff's First Amended Complaint

("FAC") for failure to state a claim upon which relief can be granted.

Plaintiff's FAC should be dismissed in its entirety for two reasons.  *First*, Plaintiff's

failure to warn and design defect claims are preempted by federal law, because Defendants could

not have changed the Jardiance label or redesigned Jardiance without prior permission from the

---

[1] As of the date of this filing, Defendants Boehringer Ingelheim Pharma GmbH & Co. KG and
Boehringer Ingelheim International GmbH have not been served in this action.

U.S. Food and Drug Administration.  *Second,* Plaintiff's FAC remains laden with conclusory allegations that are insufficient to meet federal pleading standards, despite direction from this Court to include factual allegations.

WHEREFORE, for these reasons and as more fully set forth in the Memorandum in Support filed contemporaneously with this Motion, Plaintiff's First Amended Complaint should be dismissed in its entirety.  A proposed Order is attached.

Dated:  March 22, 2017                    Respectfully submitted,

                                          */s/ Wendy West Feinstein*
                                          Wendy West Feinstein (PA86698)
                                          wendy.feinstein@morganlewis.com
                                          MORGAN, LEWIS & BOCKIUS LLP
                                          One Oxford Centre
                                          Thirty-Second Floor
                                          Pittsburgh, PA  15219
                                          Telephone: (412) 560-7455
                                          Facsimile: (412) 560-7001

                                          Heidi Levine (*pro hac vice*)
                                          hlevine@sidley.com
                                          SIDLEY AUSTIN LLP
                                          787 7th Avenue
                                          New York, NY 10019
                                          Telephone: (212) 839-5300
                                          Facsimile: (212) 839-5599

                                          Elizabeth Curtin (*pro hac vice*)
                                          ecurtin@sidley.com
                                          SIDLEY AUSTIN LLP
                                          One South Dearborn Street
                                          Chicago, IL 60603
                                          Telephone: (312) 853-7000
                                          Facsimile: (312) 853-7036

                                          *Attorneys for Defendant Boehringer Ingelheim*
                                          *Pharmaceuticals, Inc.*

                                          **AND**

                                          John C. Hansberry (PA74721)
                                          hansberryj@pepperlaw.com
                                          PEPPER HAMILTON LLP
                                          500 Grant Street
                                          Suite 5000
                                          Pittsburgh, PA 15219-2507
                                          Telephone: 412-454-5051

                                          Barry H. Boise (*pro hac vice*) (PA63125)
                                          boiseb@pepperlaw.com
                                          PEPPER HAMILTON LLP
                                          3000 Two Logan Square
                                          Eighteenth and Arch Streets

3

Philadelphia, PA 19103-4000
Telephone: (215) 981-4000
Facsimile: (215) 981-4750

*Attorney for Defendant Eli Lilly and Company*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 22, 2017, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered users, including the below-listed counsel of record:

Justin J. Hawal, Esq.
DiCello Levitt & Casey LLC
7556 Mentor Avenue
Mentor, OH  44060
jhawal@dlcfirm.com

Levi M. Plesset
Milstein Adelman Jackson Fairchild & Wade LLP
10250 Constellation Blvd., Suite 1400
Los Angeles, CA 90067
lplesset@mjfwlaw.com

*Attorneys for Plaintiff*

/s/  *Wendy West Feinstein*
Attorney for Defendant Boehringer Ingelheim
Pharmaceuticals, Inc.